No. 104, Orig.  NEW JERSEY *v.* NEVADA ET AL.  Motion of the Special Master for award of compensation and for reimbursement

of expenses granted, and the Special Master is awarded $6,143.65 to be paid one-half by plaintiff and one-half by defendants jointly. This case having been dismissed on stipulation pursuant to Rule 53.1 of the Rules of this Court, it is further ordered that the Special Master is hereby discharged. [For earlier order herein, see, e. g., ante, p. 1211.]